# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | ) ) ) |
| Plaintiff, | ) ) |
| v. | )    Case No. 13-CV-156-JHP-FHM ) |
| SAMSON INVESTMENT COMPANY, | ) ) |
| Defendant. | ) |

## OPINION AND ORDER

Plaintiff's Motion for Preliminary Injunction, [Dkt. 3 - submitted as part of Dkt. 2], has been referred to the undersigned United States Magistrate Judge for Report and Recommendation.  A hearing on the matter is hereby scheduled before the undersigned on April 5, 2013, at 9:30 a.m., in Courtroom #2 on the third floor of the Page Belcher Federal Building, 333 West 4th Street, Tulsa, Oklahoma.

Plaintiff is directed to give notice of this Opinion and Order to Defendant so that the Defendant may appear and be heard.

SO ORDERED this 28th day of March, 2013.

_____
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE